**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LARRY S. HYMAN, as Liquidating Trustee
for the Liquidating Trust for Governmental
Risk Insurance Trust,

    Plaintiff,

v.                                                                    CASE NO: 8:04-cv-2273-T-26TBM

COREGIS INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Reconsideration (Dkt. 81) and Corrected Motion for Consideration (Dkt. 83) are denied. After another careful review of the record in this case, the Court concludes that Plaintiff has already made the arguments he now propounds, and stands by its findings with respect to damages. No clear error is evident from the exhibits or testimony based on the context within which the witnesses relied on the exhibits for the testimony given.

**DONE AND ORDERED** at Tampa, Florida, on April 10, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record